UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **The Western and Southern Life Insurance Company, et al.**<br><br>   Plaintiffs,<br><br>  v.<br><br>**Ronald J. Sagasser, et al.**<br><br>   Defendants. | Case No. 1:23-cv-00742<br><br>Judge Jeffrey P. Hopkins |
| **Agust S. Thorbjornsson, et al.**<br><br>   Intervening Plaintiffs,<br><br>  v.<br><br>**Ronald J. Sagasser, et al**<br><br>   Defendants. | |

**JOINT MOTION FOR LEAVE TO DEPOSIT FUNDS INTO COURT REGISTRY**

Pursuant to Federal Rule of Civil Procedure 67 and this District's Local Civil Rule 77.2, plaintiffs The Western and Southern Life Insurance Company, The Western and Southern Agency Group Long Term Incentive and Retention Plan, and The Western and Southern Life Insurance Company Executive Committee ("Western and Southern"), defendant Julie Sagasser, and intervening plaintiffs Agust S. Thorbjornsson and Dr. Misty Mitchell, Executor of the Estate of Lou Ella Thorbjornsson (collectively with Western and Southern, and defendant Julie Sagasser, the "Parties"), respectfully move for leave to deposit funds into the Court's registry pending resolution of this litigation, and in support, states as follows:

1. The Parties are engaged in litigation concerning the recoupment of the value of certain performance units (the "Performance Units") awarded to defendant Ronald Sagasser by his former employer and plaintiff, The Western and Southern Life Insurance Company.

2. In April 2024, Western and Southern amended its Complaint (Doc. 16) to include defendant Ronald Sagasser's former spouse, defendant Julie Sagasser (now known as Julie Shepherd), to the action in light of a July 20, 2007, divorce decree whereby the Common Pleas Court of Montgomery County, Ohio, Division of Domestic Relations, determined that Ms. Shepherd is entitled to one-fifth of defendant Ronald Sagasser's Performance Units.

3. The Parties jointly agree that if Ms. Shepherd receives the value of any Performance Units as a result of payments to her by defendant Ronald Sagasser, such funds ("Funds") must be deposited in the Court's registry where the Funds can be securely held pending resolution of this litigation or by further order of this Court.

4. The Court has the authority to hold the Funds for deposit pursuant to 28 U.S.C. § 2041, and the authority to manage the Funds pursuant to 28 U.S.C. § 2042.

5. The Parties agree that the Funds should be held in an interest-bearing account under the administration of the Court through the Court's Registry Investment System to ensure the proper management and safeguarding of the Funds during the pendency of this litigation. Depositing the Funds will ensure that neither party has access to or control over the Funds, thus preserving the Funds and protecting the Parties from potential risks of mismanagement.

6. The Parties request that all accrued interest remain with the Funds until their release. The Parties also agree that any administrative fees charged by the Court for managing the Funds shall be deducted from the interest earned on the Funds, or as otherwise determined by the Court.

7.       The Parties therefore respectfully request that the Court grant leave to deposit the Funds into the Court's registry or an appropriate account to be held subject to further order of the Court and released upon joint stipulation of the Parties or pursuant to Court order.

Respectfully submitted,

*/s/Eric W. Richardson*
Eric W. Richardson (0066530), Trial Attorney
Joseph M. Brunner (0085485)
Wesley R. Abrams (0095746)
Tristan H. Riley (0103537)
Vorys, Sater, Seymour and Pease LLP
Suite 3500, Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
Telephone/Fax: (513) 723-4019
ewrichardson@vorys.com
jmbrunner@vorys.com
wrabrams@vorys.com
thriley@vorys.com

*Attorneys for Western and Southern*

*/s/ Timothy S. Chappars* (with permission)
Timothy S. Chappars (0007122), Trial Attorney
Chappars Law Office
P.O. Box 280
Xenia, Ohio 45385
Telephone: (937) 374-0077
Fax: (937) 374-0078
Chapparslaw@aol.com

*Attorney for Intervening Plaintiffs*

/s/ *Keith R. Kearney* (with permission)
Keith R. Kearney
Rogers & Greenberg, LLP
40 N. Main St., Suite 2160
Dayton, Ohio 45423
(937) 223-8171
mmckee@rogersgreenberg.com

*Attorney for Julie Shepherd*
*fka Julie Sagasser*