UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| THE WESTERN AND SOUTHERN LIFE INSURANCE CO., et al., | Case No. 1:23-cv-742 |
| Plaintiffs, | |
| v. | Hopkins, J.<br>Bowman, M.J. |
| RONALD J. SAGASSER, | |
| Defendant. | |

## REPORT AND RECOMMENDATION

United States District Judge Jeffery P. Hopkins has referred all discovery-related motions and issues to the undersigned magistrate judge. By its terms, the Order of Reference terminates "on the discovery deadline set forth in the Preliminary Pretrial Conference Order or once all pending discovery disputes are resolved." (Doc. 45). By separate Order, the undersigned has granted two pending motions to compel discovery. However, the record does not contain a Preliminary Pretrial Conference Order that sets out the dates by which discovery must be completed.

It is possible that the omission is due to the pending motion to dismiss certain claims that was filed by the W&S Plaintiffs. (*See* Doc. 24). Be that as it may, all parties agree that a Calendar Order in this case is both necessary and appropriate at this time. During the telephonic conference held on May 6, the parties agreed that the dates set forth in their Rule 26(f) report remain viable. But because the Order of Reference is limited to discovery matters, the undersigned is unable to enter a Calendar Order.

Therefore, **IT IS RECOMMENDED THAT** the presiding district judge adopt all dates agreed upon by the parties as set forth in their November 12, 2024 Rule 26(f) Report. (Doc. 31).

<u>s/Stephanie K. Bowman</u>  
Stephanie K. Bowman  
United States Magistrate Judge

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| THE WESTERN AND SOUTHERN<br>LIFE INSURANCE CO., et al., | Case No. 1:23-cv-742 |
| Plaintiffs, | |
| v. | Hopkins, J.<br>Bowman, M.J. |
| RONALD J. SAGASSER, | |
| Defendant. | |

**NOTICE**

Pursuant to Fed. R. Civ. P 72(b), any party may serve and file specific, written objections to this Report and Recommendation ("R&R") within **FOURTEEN (14) DAYS** of the filing date of this R&R. That period may be extended further by the Court on timely motion by either side for an extension of time. All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections. A party shall respond to an opponent's objections within **FOURTEEN (14) DAYS** after being served with a copy of those objections. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).